NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                Crim. No. Case # 3:11CR00081-001/LAC

MICHAEL TOUPS

On January 10, 2007, the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Michael Toups be discharged from Supervised Release.

Respectfully submitted,

*Russell A. Szafran* (signature)

Russell A. Szafran  
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 21st day of Dec, 2012.

*Lacey A. Collier* (signature)

Lacey A. Collier  
Senior United States District Judge